# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2462
LT Case No. 2016-CF-3116

_____

WILLIE DENMARK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Marion County.
Robert Hodges, Judge.

Willie Denmark, Chipley, pro se.

No Appearance for Appellee.

September 12, 2023

PER CURIAM.

AFFIRMED.

JAY, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————